# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| Keren Sita )<br>)<br>*Plaintiff(s)* )<br>)<br>v. )<br>)<br>Access Self Storage of Williston, Armand Fournier )<br>)<br>*Defendant(s)* ) | Civil Action No.  2:24-cv-00387 |

## JUDGMENT IN A CIVIL ACTION

☐  **Jury Verdict.**

☑  **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Order (Document No. 9) filed on February 7, 2025, upon review under 28 U.S.C. § 1915(e) plaintiff's Amended Complaint (Document No. 5) is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction. Plaintiff's Petition to Reconsider and Mend How the Court has Subject Matter Jurisdiction (Document No. 6) and Motion to Expedite (Document No. 8) are DENIED AS MOOT.

The court hereby certifies that under 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith.

Date: February 11, 2025

*JEFFREY S. EATON*
*CLERK OF COURT*

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:   2/11/2025

*/s/ Sharrah J. LeClair*

*Signature of Clerk or Deputy Clerk*